| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ALLEN F. CALTON, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:16-CV-429
§
PINKEE PATEL, *et al.*, §
§
    Defendants. §

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Allen F. Calton, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends this lawsuit be dismissed without prejudice pursuant to sanctions imposed by the United States District Court for the Northern District of Texas.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this action in accordance with the recommendation of the magistrate judge.

SIGNED at Plano, Texas, this 13th day of March, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE